Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CARMEN TERESA OSBORNE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN TERESA OSBORNE <br><br> Plaintiff, <br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security. <br><br> Defendant. | Case No.: 1:16-cv-01920-SKO <br><br> STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF; ORDER <br><br> (FIRST REQUEST) <br><br> (Doc. 11) |

Plaintiff Carmen Teresa Osborne and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 35 days from August 18, 2017 to September 22, 2017 for Plaintiff to file an Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly.

1 | This is Plaintiff's first request for an extension. Plaintiff's counsel's mother had two emergency surgeries in the beginning of the year followed by 10 day hospital stay. Counsel got married on May 5, 2017, to assure her mother's attendance which resulted in a two week leave. Counsel's mother recovery process has taking longer than expected; including hospitalizations in June and July. Counsel fell ill the first two weeks of July and finally was diagnosed with walking pneumonia on July 18, 2017, and was restricted from working until Monday July 24, 2017. Counsel's mother was in the hospital again on Monday August 14, 2017 due to kidney functioning.

DATE: August 18, 2017

Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Monica Perales*

BY: _____
Monica Perales
Attorney for plaintiff Ms. Carmen Teresa Osborne

DATE: August 18, 2017

PHILLIP A. TALBET
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Donna W. Anderson*

BY: _____
Donna W. Anderson
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

//
//
//

1 **ORDER**

2 Pursuant to the parties' stipulation showing good cause for a requested
3 extension of time for Plaintiff to file a motion for summary judgment/remand
4 (Doc. 11), the request is hereby GRANTED.

5 Plaintiff shall file her Opening Brief on or before September 22, 2017. All
6 other deadlines set forth in the Scheduling Order (Doc. 3) are modified
7 accordingly.

8

9 IT IS SO ORDERED.

10 Dated: **August 21, 2017**                    /s/ *Sheila K. Oberto*
11                                                                    UNITED STATES MAGISTRATE JUDGE