PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CARMEN TERESA OSBORNE, | Case No. 1:16-cv-01920 SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | (Doc. 14) |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file a responsive pleading to Plaintiff's Opening Brief be extended until November 22, 2017. This is Defendant's first request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and to accommodate

counsel's move to a new home.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  October 23, 2017    Law Offices of Lawrence D. Rohlfing

By: */s/ Monica Perales\**
MONICA PERALES
Attorney for Plaintiff
(*By e-mail authorization on 10/23/17)

Dated: October 23, 2017    PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to the parties' above-Stipulation for an Extension of Time (Doc. 14), IT IS HEREBY ORDERED that Defendant has until November 22, 2017, to submit her response to Plaintiff's Opening Brief.  All other dates in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **October 24, 2017**              /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE