PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CARMEN TERESA OSBORNE, | Case No. 1:16-cv-01920 SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | (Doc. 16) |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file a responsive pleading to Plaintiff's Opening Brief be extended until January 15, 2018. This is Defendant's second request for an extension of time to respond supported by the Declaration of Donna W. Anderson. Defense counsel requires additional time to fully review the

administrative record. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: November 21, 2017  Law Offices of Lawrence D. Rohlfing

By: */s/ Monica Perales\**
MONICA PERALES
Attorney for Plaintiff
(*By e-mail authorization on 11/21/17)

Dated: November 21, 2017  PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to the parties' above-Stipulation for an Extension of Time (Doc. 16), IT IS HEREBY ORDERED that Defendant has until January 15, 2018, to submit her response to Plaintiff's Opening Brief. All other dates in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **November 22, 2017**          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE