PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CARMEN TERESA OSBORNE, | Case No. 1:16-cv-01920-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR REMAND |
| NANCY A. BERRYHILL, Commissioner of Social Security, | (Doc. 18) |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the opinion evidence and Plaintiff's residual functional capacity, if necessary. The Appeals Council will instruct the ALJ to take further action, as necessary, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: December 18, 2017     By:    */s/ Monica Perales\**
                                      MONICA PERALES
                                      Attorney for Plaintiff
                                      (\* By e-mail authorization on 12/18/17)

Dated: December 18, 2017          PHILLIP A. TALBERT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                By:    */s/ Donna W. Anderson*
                                      DONNA W. ANDERSON
                                      Special Assistant U.S. Attorney
                                      Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation for Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation for Remand") (Doc. 18), and for cause shown, IT IS ORDERED that the above-captioned action be REMANDED to the

Commissioner of Social Security for further administrative proceedings consistent with the terms of the Stipulation for Remand.

The Clerk of the Court is hereby DIRECTED to (1) enter judgment in favor of Plaintiff Carmen Teresa Osborne and against Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and (2) administratively close this file.

IT IS SO ORDERED.

Dated: **December 19, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE