# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN TERESA OSBORNE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:16-cv-01920-SKO<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(Doc. 21) |

On March 8, 2018, the parties filed a Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (Doc. 21) in the amount of $4,600, pursuant to 28 U.S.C. § 2412, and costs in the amount of $400, pursuant to 28 U.S.C. § 1920. Accordingly, it is ORDERED that fees and expenses in the amount of $5,000 shall be awarded, subject to the terms of the parties' Stipulation.

IT IS SO ORDERED.

Dated: **March 9, 2018**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-